UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDDIE WRIGHT,                                          :
                                                      :
                              Plaintiff,              :         **ORDER**
                v.                                    :         21-CV-2130 (WFK) (CLP)
                                                      :
WARDEN HERMAN QUAY, *et al.*,                         :
                                                      :
                              Defendants.             :
-------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

On Thursday, September 25, 2025, the Honorable Magistrate Judge Cheryl L. Pollak

issued a *sua sponte* Report and Recommendation ("R&R") regarding Plaintiff Eddie Wright's

motion to amend his Complaint to add the United States as a defendant and to add claims under

the Federal Tort Claims Act ("FTCA"), while continuing to assert a claim for inadequate medical

care under *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics*, 403 U.S. 388

(1971). R&R, ECF No. 80. Judge Pollak recommended the Court grant Plaintiff's motion "to

the extent that the proposed Amended Complaint adds claims against the United States under the

FTCA" and deny Plaintiff's motion "to the extent that the proposed Amended Complaint

continues to contain *Bivens* or 42 U.S.C. § 1983 ('Section 1983') claims." *See* R&R at 2.

The parties did not file any objections to the R&R, which were due by Thursday, October

9, 2025. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for

clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226

(E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and therefore adopts the R&R

in its entirety. Specifically, the Court:

(1) GRANTS Plaintiff's motion to the extent the proposed Amended Complaint adds

claims against the United States under the FTCA; and

(2) DENIES Plaintiff's motion to the extent the proposed Amended Complaint continues to contain *Bivens* or Section 1983 claims.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2025
      Brooklyn, New York