9/11/26

Eddie Wright

v.

United States (Quay et Al)

RE 21-CV____

Honorable Judge,

I am writing in Regards to my request for daily access to the law libary, because I've inquired the BOP staff, but they seem unaware of my Need for legal libary access. Currently, I have no access to any of my legal documents and as you are aware my previous lawyer Mr. Faccinella's abandonment of my case has left me in a great disadvantage. Moreover, being in the Special Housing Unit further disadvantages me without access to the ELL, legal douments, and sufficiant legal preparation materials e.g. paper, pen, and typewriter to prepare neccessary documents. I am attempting to be as prepared as possible for our October 16th hearing and your help in this matter will be appreciated.

Respectfully

[signature]

Eddie Wright #68961-053

REC'D IN PRO SE OFFICE
SEP 24 '26 AM10:11

Eddie Wright #68961-053
P.O. Box 9000
Berlin N.H. 03570
F.C.I. Berlin

WHITE RIV JCT VT 050
18 SEP 2026 PM 2 L

1776 ★ 2026
USA FOREVER

1776 ★ 2026
USA FOREVER

USMS

Office of the Clerk of Court
225 Cadmen Plz East
Brooklyn NY 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 22 2026 ★
BROOKLYN OFFICE

Legal
Mail

Legal
Mail

11201-183299